AMBURGEY *v.* AMBURGEY.

1. APPEAL AND ERROR—QUESTIONS REVIEWABLE.
   Where, on appeal from order awarding custody of minor child to wife, no pleadings, calendar entries, or final order appear in printed record, nothing is presented for review, and appeal might be dismissed.

2. DIVORCE—CUSTODY OF MINOR CHILD.
   Order granting custody of minor child to wife is not disturbed, on appeal, where testimony was conflicting.

Appeal from Genesee; Brennan (Fred W.), J. Submitted April 11, 1930. (Docket No. 84, Calendar No. 34,732.) Decided June 2, 1930.

Bill for divorce by Boyd Amburgey against Nora Amburgey (now Gillespie). Petition by defendant for custody of ten-year old child. From order grant-

ing custody to defendant, plaintiff appeals. Affirmed.

*John F. Baker,* for plaintiff.

*McTaggart & Krapohl,* for defendant.

POTTER, J. Defendant filed a petition for the custody, care, and control of Russell Amburgey, a child about ten years old, and to amend a decree of divorce granted plaintiff, Boyd Amburgey, October 7, 1921, giving him the care, custody, and control of the minor child. No pleadings, calendar entries, or final order appear in the printed record. Nothing is presented for review. The appeal might be dismissed on this ground. The files in the clerk's office show a final order granting the prayer of the petitioner. The testimony is conflicting. The trial judge saw the witnesses. We are not, on this record, inclined to disturb his order, which is affirmed with costs.

WIEST, C. J., and BUTZEL, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.